ERIC J. SIDEBOTHAM (SBN 208829)
DANIEL M. SHAFER (SBN 244839)
**ERIC J. SIDEBOTHAM, ATTORNEY-AT-LAW**
A Professional Corporation
520 Calle Viento
Morgan Hill, CA  95037
Telephone:     (408) 856-6000
Facsimile:     (408) 608-6001

Attorneys for Plaintiff,
MIDKNIGHT CREATIONS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MIDKNIGHT CREATIONS LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VO-TOYS, INC., a New Jersey corporation,<br><br>    Defendant. | NO. CIV. S-07-0283 FCD EFB<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME**<br><br>**"AS MODIFIED"** |

      The application of Plaintiff MidKnight Creations LLC ("Plaintiff"), pursuant to L.R. 6-144, which requests an order shortening time for hearing on Plaintiff's preliminary injunction was submitted on February 12, 2007.  After full consideration of all the pleadings submitted, including declarations,

      IT IS HEREBY ORDERED, as follows:

      MidKnight's opening brief on preliminary injunction will be deemed filed on February 12, 2007.

      Defendant's opposition to the motion for preliminary injunction shall be served via facsimile and e-mail on February 15, 2007, at 5:00 p.m. (PST).

MidKnight's reply to the motion for preliminary injunction shall be served via facsimile and e-mail on February 20, 2007, at 12:00 p.m. (PST).

The hearing on MidKnight's motion for preliminary injunction shall occur on Wednesday, February 21, 2007, commencing at 2:00 p.m. (PST) in Courtroom #2.

**IT IS SO ORDERED.**

DATED: February 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE