ERIC J. SIDEBOTHAM (SBN 208829)
DANIEL M. SHAFER (SBN 244839)
**ERIC J. SIDEBOTHAM, APC**
TechMart Center
5201 Great America Parkway, Suite 320
Santa Clara, CA  95054
Telephone:   (408) 856-6000
Facsimile:   (408) 608-6001

Attorneys for Plaintiff,
MIDKNIGHT CREATIONS LLC


HENRY DAVID (SBN 89297)
**DREIER, STEIN & KAHAN LLP**
The Water Garden
1620 26th Street Sixth Floor North Tower
Santa Monica, CA 90404
Telephone:   (310) 828 9050
Facsimile:   (310) 828 9101

Attorneys for Defendant,
VO-TOYS, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIDKNIGHT CREATIONS LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VO-TOYS, INC., a New Jersey corporation,<br><br>    Defendant. | NO. CIV. S-07-0283-FCD-EFB<br><br>**PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT** |

   WHEREAS the parties have stipulated and agreed to a final judgment for permanent injunction in this action, under the terms and conditions set forth herein;

IT IS HEREBY ORDERED THAT:

1. Final judgment on consent for permanent injunctive relief shall be entered in this action against Defendant Vo-Toys, Inc. ("Defendant").

2. Defendant and its officers, agents, servants, employees, attorneys, subsidiaries, affiliates, successors, assigns, and any and all of those acting in active concert or participation with anyone who received actual notice of this order by personal service or otherwise, shall be permanently enjoined from the following activities:

   a. Manufacturing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing or otherwise disposing of any Shadz products, as shown in the photographs attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, unless such products shall first be redesigned to fall outside Claims 1, 2 and 3 of United States Patent No. 6,863,032 B2;

   b. Manufacturing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing or otherwise disposing of any animal goggles or animal sunglasses that infringe Claims 1, 2 or 3 of United States Patent No. 6,863,032 B2;

   c. Inducing any other person or entity to infringe any or all of Claims 1, 2 and 3 of United States Patent No. 6,863,032 B2;

   d. Assisting, aiding or abetting any other person or entity to engage in or perform any of the activities referred to in sub-Paragraphs a., b., and c., above.

3. Notwithstanding the provisions of Paragraph 2, above, nothing in this Permanent Injunction and Final Judgment on Consent shall require Defendant to modify its existing website.

4. By agreeing to this Permanent Injunction and Final Judgment on Consent, Defendant does not admit, and expressly denies, any and all liability for the claims asserted in this action, and

nothing in this Permanent Injunction and Final Judgment on Consent shall constitute an admission by Defendant or a finding by this Court that Defendant infringed the United States Patent No. 6,863,032 B2.

**VO-TOYS, INC.**

DATED:  May _____, 2007                    By: _____
                                               GARY HIRSCHBERG

**MIDKNIGHT CREATIONS LLC**

DATED:  May _____, 2007                    By: _____
                                               VERONICA DI LULLO

    PURSUANT TO THE STIPULATION above, final judgment for a permanent injunction in this action is hereby ORDERED.  Further, pursuant to the Stipulation of Dismissal, Docket #23, this matter is DISMISSED with PREJUDICE.  All dates, if any, are VACATED.

    IT IS SO ORDERED.

DATED:  September 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE